IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Petitioner,*<br><br>v.<br><br>JOSE PANIAGUA TOLENTINO,<br><br>*Defendant.* | Crim. No. 19-758 (PAD) |

**MOTION REQUESTING LEAVE TO WITHDRAW**
**FROM LEGAL REPRESENTATION**

TO THE HON. PEDRO A. DELGADO
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO:

**COMES NOW** the Federal Public Defender for the District of Puerto Rico through the undersigned counsel, and respectfully request leave to withdraw as counsel. As reasons thereof, the defendant states and prays as follows:

1. On November 21, 2019, the Federal Public Defender was appointed to represent the defendant, Jose Paniagua Tolentino (hereinafter, "Mr. Paniagua").

2. The U.S. Attorney's Office has informed us that the there is a conflict of interest with the office to represent Mr. Paniagua.

3. Therefore, the undersigned respewitghctfully requests that this Court grant the FPD leave to withdraw as court-appointed counsel and appoint an attorney to represent Mr. Paniagua.

**WHEREFORE**, the defendant respectfully requests an order granting the Federal Public Defender leave to withdraw as counsel.

1

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of January, 2020.

**Eric A. Vos**
**Federal Public Defender**
**District of Puerto Rico**

*s/Javier A. Cuyar Olivo*
Javier A. Cuyar Olivo
USDC-PR 225711
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: javier_cuyar@fd.org